IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| In the Matter of: | } | |
| --- | --- | --- |
| | } | Case No. 05-34261 |
| Andy McCarter, Sr. | } | |
| Chandra McCarter | } | Chapter 13 |
| | } | |
| **Debtors** | } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtors and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtors filed this case on December 13, 2005.

2. Since the filing of the Chapter 13 case, the debtors became behind in payments to the Trustee because

   a. Ms. McCarter lost her job and wage order stopped.

3. The debtors are now able to resume payments to the Trustee because

   a. Wage order request to increase to the full monthly payments was sent to the Trustee's office on March 15, 2010 for Mr. McCarter's job.

Wherefore, premises considered, the debtors object to the case being dismissed

Respectfully submitted this the 15 day of March, 2010.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 15 day of March, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs