IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CASE NO. 05-34261-DHW
CHAPTER 13

ANDY MCCARTER SR

CHANDRA MCCARTER

    Debtor(s)

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, by and through the undersigned counsel, and responds as follows to the debtor(s) objection ot the Trustee's Motion to Dismiss:

1. This case was filed on December 13, 2005 and confirmed on March 27, 2006.

2. The case is five years old.

3. The last payment received by the Trustee was on March 08, 2010 in the amount of $68.00.

4. The approximate remaining balance is $2,125.77. This figure is subject to final audit.

Respectfully submitted on March 22, 2010.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | */s/ Curtis C. Reding*<br>_____<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on March 22, 2010.

*/s/ Curtis C. Reding*
_____
Curtis C. Reding
Chapter 13 Trustee